

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>Montana Rifle Company, 3178 MT-35, Kalispell, MT<br>Seven Sons Rifle Barrel Inc., 3172 MT-35, Kalispell, MT | MJ-17-41-M-JCL<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 10th day of August, 2017.

Jeremiah C. Lynch
United States Magistrate Judge